IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERMAINE FOX,

    Petitioner,                   No. 2:06-cv-01435 ALA (HC)

    vs.

D.K. SISTO,

    Respondent.               ORDER

_____/

    Petitioner's motion for reconsideration of the Court's judgment (doc. 14) pursuant to Order (doc. 13) denying application for writ of habeas corpus is DENIED.

/////

DATED: July 22, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation