IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERMAINE FOX,

    Petitioner,                    No. CIV S-06-01435 FCD KJM P

    vs.

D.K. SISTO, et al.,

    Respondents.              ORDER

_____/

        On May 26, 2010, the Ninth Circuit Court of Appeals remanded this case to this court for a determination as to whether a certificate of appealability should issue concerning the July 1, 2008 denial of petitioner's application for writ of habeas corpus.

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        For the reasons set forth in July 1, 2008 order, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of

1  appealability should not issue in this action.

2  IT IS SO ORDERED.

3  DATED: June 8, 2010.

```
                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE
```